**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
53 Gibson Street
Bay Shore, NY 11706
(631) 969-3100
File No.: 01-098872-B00
Karen Sheehan, Esq.
Attorney for Cenlar FSB as servicer for Ridgewood Savings
Bank, Secured Creditor

Case No.: 20-22782-dsj

Chapter 7

Judge David S. Jones

In Re:

 Mark A. Nordlicht,

                Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Cenlar FSB as servicer for Ridgewood Savings Bank, a Secured Creditor, regarding a lien on the real property located at 245 Trenor Drive, New Rochelle, NY 10804. Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature filed in this case be served on the undersigned at the following address:

      Frenkel Lambert Weiss Weisman & Gordon, LLP
      53 Gibson Street
      Bay Shore, NY 11706

              **FRENKEL LAMBERT WEISS**
              **WEISMAN & GORDON, LLP**
              Attorneys for Secured Creditor

Dated: September 18, 2023          /s/ Karen Sheehan
                       Karen Sheehan, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

| | |
|---|---|
| In Re:<br><br>  Mark A. Nordlicht,<br><br>                              Debtor(s). | Case No.: 20-22782-dsj<br><br>Chapter 7<br><br>Judge David S. Jones |

## CERTIFICATE OF SERVICE

I, Karen Sheehan, do certify that on September 18, 2023, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Mark A. Frankel
mfrankel@bfklaw.com

Scott Krinsky
skrinsky@bfklaw.com

Mark S. Tulis
mtulis.trustee@gmail.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV


/s/ Karen Sheehan_____
Karen Sheehan, Esq.
Frenkel Lambert Weiss Weisman & Gordon, LLP
53 Gibson Street
Bay Shore, New York 11706
(631) 969-3100